IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAY RICHARDSON, Individually and for Others Similarly Situated, | § § § | |
| *Plaintiffs*, | § § | C. A. NO. 4:20-cv-00223 |
| v. | § § | |
| NES GLOBAL, LLC, | § § | |
| *Defendant*. | § § | |

**JOINT REQUEST FOR CLERK TO ISSUE JUDGMENT IN A CIVIL CASE**

In accordance with Fed. R. Civ. Pro. 68(a), the Parties in the above-referenced action respectfully request the Clerk of Court for the Southern District of Texas sign and file the attached Judgment in a Civil Action with respect to Opt-In Plaintiffs Michael Barnholdt, Gregg Hebert, Steve Jones, Shayla Klimple, Mallikarjun Kandula, Michael Craig Richardson, and James Spells, who each filed Notices of Acceptance of Offers of Judgment (ECF No. 118) on March 21, 2022.

Dated: November 14, 2025           Respectfully submitted,

**BRUCKNER BURCH PLLC**

/s/ Rex Burch
Richard J. (Rex) Burch
Texas Bar No. 24001807
11 Greenway Plaza, Suite 3025
(713) 877-8788 – Telephone
rburch@brucknerburch.com

**JOSEPHSON DUNLAP LLP**

Michael A. Josephson
State Bar No. 24014780
Federal ID No. 27157
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
mjosephson@mybackwages.com

**COUNSEL FOR PLAINTIFFS**

**BAKER & HOSTETLER, LLP**

*/s/ Ashlee C. Grant*
Ashlee Cassman Grant, *attorney in charge*
Texas Bar No. 24082791
Federal ID No. 1607786
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1316
Fax: (713) 751-1717
agrant@bakerlaw.com

Justin A. Guilfoyle, *admitted pro hac vice*
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4607
Fax: (212) 589-4201
jguilfoyle@bakerlaw.com

**ATTORNEYS FOR NES GLOBAL LLC**