United States District Court
Southern District of Texas
**ENTERED**
November 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAY RICHARDSON, Individually and for Others Similarly Situated, | § § § | |
| *Plaintiffs*, | § § | C. A. NO. 4:20-cv-00223 |
| v. | § § | |
| NES GLOBAL, LLC, | § § | |
| *Defendant.* | § § | |

**JUDGMENT IN A CIVIL ACTION**

Pursuant to Plaintiffs' March 21, 2022 Notice of Acceptance of Offers of Judgment to Seven Opt-In Plaintiffs (ECF No. 118), the Clerk of Court enters this judgment as a separate document pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, with respect to Opt-In Plaintiffs Michael Barnholdt, Gregg Hebert, Steve Jones, Shayla Klimple, Mallikarjun Kandula, Michael Craig Richardson, and James Spells (collectively, the "OOJ Plaintiffs").

Accordingly, it is hereby ORDERED and ADJUDGED that Michael Barnholdt ("Barnholdt") shall recover from Defendant the amount of $1,101.00 (ECF No. 118-1) for Barnholdt's overtime claims against Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that Gregg Hebert ("Hebert") shall recover from Defendant the amount of $1,681.00 (ECF No. 118-2) for Hebert's overtime claims against Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that Steve Jones ("Jones") shall recover from Defendant the amount of $672.00 (ECF No. 118-3) for Jones's overtime claims against Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that Shayla Klimple ("Klimple") shall recover from Defendant the amount of $386.00 (ECF No. 118-4) for Klimple's overtime claims against

Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that Mallikarjun Kandula ("Kandula") shall recover from Defendant the amount of $1,801.00 (ECF No. 118-5) for Kandula's overtime claims against Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that Michael Craig Richardson ("M. Richardson") shall recover from Defendant the amount of $1,951.00 (ECF No. 118-6) for M. Richardson's overtime claims against Defendant pursuant to the FLSA.

It is further ORDERED and ADJUDGED that James Spells ("Spells") shall recover from Defendant the amount of $9,091.00 (ECF No. 118-7) for Spell's overtime claims against Defendant pursuant to the FLSA.

It is further ORDRED AND ADJUDGED that the OOJ Plaintiffs shall recover from Defendant a reasonable and appropriate pro-rata portion of attorneys' fees and costs incurred by the Opt-In Plaintiffs as of March 21, 2022, either to be decided by the Court or pursuant to mutual agreement of the parties.

This is a final judgment with respect to the OOJ Plaintiffs.

SIGNED THIS ___19th___ day of ___November___, 2025

_____
~~CLERK OF COURT for the~~ United States
SOUTHERN DISTRICT OF TEXAS District Judge