IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY RICHARDSON, Individually and for Others Similarly Situated, § § § | |
| *Plaintiffs*, § | C. A. NO. 4:20-cv-00223 |
| v. § § | |
| NES GLOBAL, LLC, § § | |
| *Defendant*. § | |

## JUDGMENT

In accordance with the Court's previous Orders (Docs. 146, 152), the Court hereby issues this JUDGMENT resolving the matters raised in this Action as follows:

IT IS ORDERED, ADJUDGED, and DECREED that Defendant NES Global LLC ("NES") is liable to Plaintiff Jay Richardson ("Richardson") and the Opt-in Plaintiffs (together, "Plaintiffs") for unpaid overtime under the Fair Labor Standards Act ("FLSA") for workweeks Plaintiffs received a retainer plus additional compensation on an hourly basis during the two-year statute of limitations period.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that NES is not entitled to an exemption defense under the FLSA as a matter of law because NES misclassified Plaintiffs as exempt employees because NES did not pay Plaintiffs on a salary basis under either 29 C.F.R. § 541.602(a) or § 541.604(b).

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that NES's violations of the FLSA were in good faith and NES had reasonable grounds to believe its actions complied with the FLSA such that Plaintiffs will not be awarded liquidated damages.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that NES's violations of the FLSA were not willful such that the two-year statute of limitations period applies to Plaintiffs' FLSA claims.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs met their *prima facie* burden to show they performed work for which they were not properly compensated.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs are awarded unpaid overtime wages, subject to applicable deductions and withholdings as required by law, as follows:

| Name | Unpaid Overtime Owed |
|---|---|
| Adam Birkenheuer | $0.00 |
| Albert Rodriguez | $16,700.00 |
| Allan Harvey | $0.00 |
| Andrew Dobson | $3,672.00 |
| August AJ Catanzaro | $0.00 |
| Barry Ziegler | $5,963.54 |
| Benjamin Stoutmire | $0.00 |
| Bennie Hughes | $0.00 |
| Benny Marquez | $0.00 |
| Bradley McFadden | $15,066.00 |
| Brandon Dugan | $0.00 |
| Brian Glass | $0.00 |
| Bruce Rubin | $0.00 |
| Bruce Forward | $0.00 |
| Chelsi Vela | $0.00 |
| Chevelta Remo | $0.00 |
| Chris Ellis | $14,778.75 |
| Christian Lezama | $0.00 |
| Christian Vega | $125.10 |
| Clint Scarborough | $6,300.18 |
| Clint Scott | $18,112.50 |
| Coral Megahy | $12,393.75 |
| Curtis Crawford | $22,637.38 |
| Cyle Burnett | $15,700.00 |
| Daniel Bertrand | $10,070.00 |
| Daniel Brady | $750.00 |
| Daniel Ross | $15,895.00 |
| Daniel Schmidt | $1,111.40 |
| Daniel Torres | $245.10 |
| Danny Manchester | $0.00 |
| Darryl Churchwell | $0.00 |
| David Anthony | $2,112.50 |
| David Carlyle | $0.00 |
| David Garcia Jacome | $12,350.00 |

| | |
|---|---|
| David Georgi | $4,972.50 |
| David Hanauer | $0.00 |
| David Jacob Doucet | $0.00 |
| David Lee | $0.00 |
| David Wilkinson | $4,440.00 |
| Dolores Quintero | $0.00 |
| Desmond Smith | $251.76 |
| Douglas Perkins | $9,750.00 |
| Edward Breeyear | $15,780.00 |
| Elmer Roldan | $0.00 |
| Eric Diaz | $12,510.00 |
| Exel Vazquez | $1,332.50 |
| Felipe de Jesus Marmolejo Lujan | $216.60 |
| Frank Williamson | $0.00 |
| Freddie Connell | $0.00 |
| George Vela | $0.00 |
| Gerard Shallow | $0.00 |
| Graham Lay | $0.00 |
| Greg Fix | $3,737.50 |
| Gregg Brown | $504.57 |
| Hasena Williams | $0.00 |
| Herminio Ortiz | $37,529.96 |
| Hernesto Jabalera | $7,947.50 |
| Ian Magee | $1,485.00 |
| Ibrain Tovila Ruiz | $0.00 |
| Isaac Perez | $25,839.00 |
| Isabel Harrison | $2,496.00 |
| James Bernier | $5,224.50 |
| James Bettencourt | $91,138.50 |
| James Bryant | $43,332.00 |
| James DeMouy | $6,806.58 |
| James Keating | $15,453.75 |
| James Watts | $5,788.75 |
| Jay Richardson | $48,510.00 |
| Jeff Davidson | $36,197.68 |
| Jeffrey Creel | $0.00 |
| Jeremy Hippler | $16,567.14 |
| Jesse Garcia | $0.00 |
| Jimmy Watts | $3,162.50 |
| John Morrison | $27,868.75 |
| John Newton | $15,080.00 |
| Johnny Petetan | $2,112.25 |
| Joseph Duncan | $14,787.60 |

| Name | Amount |
|---|---|
| Joseph Mott | $23,976.90 |
| Joseph Wiltz | $14,160.00 |
| Josh Reed | $16,686.00 |
| Judd Kishpaugh | $5,059.29 |
| Kenneth Adams | $643.23 |
| Kenneth Cartee | $21,358.60 |
| Kevin Harrielson | $17,667.50 |
| King Torres | $11,340.00 |
| Kirwyn Figaro | $22,282.03 |
| Krishna Pasumarti | $3,190.00 |
| Kristoffer Smith | $67,905.20 |
| Lael Lozano | $14,450.00 |
| Lance Heacock | $24,255.00 |
| Larry Dedio | $8,363.19 |
| Leonard Kenneth High | $0.00 |
| Lilton Hughes | $12,500.00 |
| Lisa Preciado | $0.00 |
| Lyle Aesen | $67,019.50 |
| Makhan Ranu | $5,223.50 |
| Malcolm Hutton | $3,883.75 |
| Marcos Gilbert | $13,487.50 |
| Marcos de Cunha | $5,700.00 |
| Mark Erickson | $10,739.06 |
| Mark Lambert | $8,340.00 |
| Mark Puckhaber | $0.00 |
| Mark Rangel | $27,775.00 |
| Mark Winford | $245.10 |
| Martel Jones | $1,309.00 |
| Matthew Maliel | $23,132.99 |
| Michael Culver | $6,613.75 |
| Michael Johnson | $ 35,018.03 |
| Michael Mills | $0.00 |
| Michael Moorhead | $0.00 |
| Michael Palopoli | $689.16 |
| Mike Kent | $4,065.00 |
| Nathan Burrier | $29,298.75 |
| Nevil Pizani | $20,189.25 |
| Norbert Rosado | $48,492.50 |
| Ovie Bazunu | $0.00 |
| Pamela Fontenot | $0.00 |
| Patricia Bundrant | $0.00 |
| Paul Bluntzer | $10,919.25 |
| Paul Ezell | $12,480.00 |
| Paulito Gallegos | $32,082.06 |

| Name | Amount |
|---|---|
| Philip James Rutter | $3,090.00 |
| Ramiro Munoz | $5,700.00 |
| Rashid Hamsayeh | $55.00 |
| Reginald Smith | $7,832.00 |
| Ria Lee Shue Ling | $21,525.00 |
| Richard Michael DeVore | $0.00 |
| Robert Bryand | $0.00 |
| Robert Cornett | $0.00 |
| Robert Dykes | $0.00 |
| Robert Lewis | $14,962.50 |
| Robert Long | $0.00 |
| Robin Davidson | $0.00 |
| Ronald Dockler | $29,855.00 |
| Ronald Santelik | $261.25 |
| Ronald Smalls | $840.00 |
| Roy Powell | $6,864.00 |
| Roy Robbins | $0.00 |
| Sabrina Thrailkill | $1,852.50 |
| Sami Omar | $0.00 |
| Scott Lancaster | $0.00 |
| Scott Yerrell | $33,140.10 |
| Shannan Wheeler | $7,052.50 |
| Shelina Khureshi | $0.00 |
| Stephen Domenico | $3,920.00 |
| Steve Scavone | $0.00 |
| Steven Grubbe | $10,948.00 |
| Stuart Herring | $0.00 |
| Tawana Nicholas | $61,799.73 |
| Terrance Chapman | $0.00 |
| Thomas Singleton | $0.00 |
| Thomas Walker | $0.00 |
| Tobin Palmer | $32,181.36 |
| Todd Greer | $156.08 |
| Tomas Acuna | $0.00 |
| Troy Walker | $9,555.00 |
| Victor Mann | $0.00 |
| Warren Moore | $0.00 |
| Wesley Hidalgo | $6,216.75 |
| William Denny Graham | $942.50 |
| William Elliott | $195.25 |
| William Pennington | $0.00 |
| Zachary Kuehn | $15,192.13 |
| Zale Tutein | $37,790.13 |

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs' Counsel shall move for an award of attorney's fees and costs no later than 30 days following the later of either (i) the expiration of the parties' deadline to file a Notice of Appeal without either party filing any Notice or (ii) the issuance of a Judgment on appeal by the United States Court of Appeals for the Fifth Circuit.

SIGNED this __1st__ day of __December__, 2025.

_____
The Honorable Lee H. Rosenthal
Senior United States District Judge